FILED
2022 Dec-01  AM 09:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

Memorandum



| Subject | Date |
|---|---|
| Writ of Habeas Corpus<br>United States v. Krystal Diane Pinkins<br>Case No.  1:22-CR-00417-RDP-NAD | December 1, 2022 |

To Clerk of the Court

   Northern District of Alabama

*/s/Electronic Signature*

From John B. Felton

Assistant U.S. Attorney

    Please cause a Writ of Habeas Corpus Ad Prosequendum to be issued to the Coosa

County Jail, Rockford, Alabama for Krystal Diane Pinkins to appear before this court in

the above case for an Arraignment hearing on Thursday, December 15, 2022, at 9:30a.m.

before Magistrate Judge Nicholas A. Danella in Birmingham, AL.

cc: USMS