FILED

2022 Dec-09  AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# <u>EASTERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:22-cr-00417-RDP-NAD** |
| | ) | |
| **KRYSTAL DIANE PINKINS** | ) | |

## <u>NOTICE OF THE UNITED STATES</u>
## <u>REGARDING THE DEATH PENALTY</u>

The United States hereby provides notice that it will not seek the death penalty against Defendant Krystal Diane Pinkins.

Respectfully Submitted

PRIM F. ESCALONA
United States Attorney

*/s/electronic signature*
JONATHAN S. CROSS
Assistant United States Attorney

*/s/electronic signature*
JOHN B. FELTON
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on this date I filed this document with the United States District Court for the Northern District of Alabama using the CM/ECF system and thereby caused a copy to be served on the defendant's counsel of record.

PRIM F. ESCALONA
United States Attorney

*/s/electronic signature*
JONATHAN S. CROSS
Assistant United States Attorney

*/s/electronic signature*
JOHN B. FELTON
Assistant United States Attorney