FILED

2023 May-25  AM 08:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

UNITED STATES OF AMERICA     )
                             )
v.                           )   Case No. 1:22-cr-00417-RDP-NAD
                             )
KRYSTAL DIANE PINKINS        )

## ORDER

On January 20, 2023, the defendant was committed to the custody of the Attorney General for an examination pursuant to 18 U.S.C. § 4241 and 18 U.S.C. § 4242.  Doc. 17.  While the court has not yet received a report of that examination, the court has been informed that the evaluation has been completed.  Doc. 23 (sealed).

Consequently, the United States Marshals Service is **DIRECTED** to initiate the transportation of the defendant to the Northern District of Alabama for further proceedings.

The Clerk is **DIRECTED** to forward a copy of this order to the Warden at the Metropolitan Detention Center, Los Angeles (MDC-Los Angeles), all counsel of

1

record, the United States Marshals Service, and the United States Probation Office.

**DONE** and **ORDERED** this May 24, 2023.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE