## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>EASTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: **1:22-cr-417-RDP-NAD** |
| | ) |
| **KRYSTAL DIANE PINKINS** | ) |

### STIPULATION OF THE PARTIES
### <u>AS TO THE COMPETENCY REPORT</u>

COMES NOW, the parties, the United States of America, by and through its counsel, Prim F. Escalona, United States Attorney and Jonathan S. Cross and John B. Felton, and the defendant, Krystal Diane Pinkins, by and through her counsel, Justin Carl Wilson, and file this joint stipulation as to the Competency Report.

On January 17, 2023, the defendant, Krystal Diane Pinkins, filed a motion for mental evaluation, Doc. 13.

On January 20, 2023, the Court granted the Pinkins' motion for a mental evaluation.

Since that time the defendant has been evaluated for competency and a report of that evaluation was filed with the Court on July 12, 2023, Doc. 27 (Competency Report).

The parties have reviewed the Competency Report.

The parties stipulate to the facts and findings of the Competency Report filed in this case. Further, neither party wishes to put on any additional evidence or

argument as to the issue of competency so that the Court may rule based on the

Competency Report.

Respectfully submitted this the 25ᵗʰ day of July 2023.

PRIM F. ESCALONA
United States Attorney

JONATHAN S. CROSS
Assistant United States Attorney

JOHN B. FELTON
Assistant United States Attorney

JUSTIN CARL WILSON
Attorney for Krystal Diane Pinkins

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of Court, Northern District of Alabama, on this day, using the CM/ECF filing system that will send notification of said filing to counsel for the defendants.

/s/ electronic signature
JONATHAN S. CROSS
Assistant United States Attorney